I will start with 13-70674, which I believe has very strong basis for being overturned. The BIA made two very big mistakes in that case. That's the first petition, correct? Or is this the last one? No, this is the last one, Your Honor. The last petition. I'm sorry. Okay. And, Your Honor, the BIA made two very big mistakes in that case. It cited to Haye v. Gonzales, stating that it's I don't believe that was a real issue.      My point is that think that was a real issue. Thank you very much.
judges: Paez, Murguia, Hurwitz